**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Solomon SMITH, Defendant–Appellant.**

No. 07–10761
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 28, 2007.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Michael Thomas Simpson, U.S. Attorney's Office, NDFL, Tallahassee, FL, for Plaintiff–Appellee.

Before DUBINA, BLACK and CARNES, Circuit Judges.

PER CURIAM:

Chet Kaufman, counsel for Solomon Smith, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire rec-

doned").

ord reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Smith's conviction and sentence are **AFFIRMED**.